UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| Dean Craft, an individual, | ) | Civil File No.: _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PHILADELPHIA INDEMNITY** |
| | ) | **INSURANCE COMPANY'S** |
| Philadelphia Indemnity Insurance | ) | **NOTICE OF REMOVAL** |
| Company, a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Defendant Philadelphia Indemnity Insurance Company ("PIIC"), through its undersigned attorneys, hereby removes and gives notice of its removal of this action to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. As grounds for removal, PIIC states as follows:

1. On or about January 29, 2013, an action was commenced against PIIC in the Broomfield District Court, in and for the County of Broomfield, State of Colorado, entitled: <u>Dean Craft v. Philadelphia Indemnity Insurance Company</u>, case number 2013CV30027. A copy of the complaint is attached as **Exhibit A** to the Affidavit of Suzanne L. Jones ("Jones Aff.").

2. The summons and complaint were served upon the defendant PIIC on or about January 30, 2013. A copy of the Affidavit of Service is attached as **Exhibit B** to

the Jones Aff. To date, there have been no further proceedings. A copy of the docket sheet in the state court proceeding is attached as **Exhibit C** to the Jones Aff.

3. This lawsuit is a civil action of which this Court has original jurisdiction under the provisions of Title 28, U.S. Code § 1332, in that it is a civil action wherein the matter in controversy allegedly exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as more fully appears from the Plaintiff's Complaint, and is between citizens of different states. *See* 28 U.S.C. § 1441.

4. The plaintiff, Dean Craft, is an individual with his principal place of residence in the City and County of Broomfield, Colorado. (Jones Aff., Exh. A, ¶ 1). Mr. Craft is therefore a citizen of Colorado.

5. The defendant, Philadelphia Indemnity Insurance Company, is a corporation organized under the laws of the state of Pennsylvania with its principal place of business in Pennsylvania. Therefore, for diversity purposes, PIIC is not a citizen of the state of Colorado. PIIC is a citizen of the state of Pennsylvania.

6. Plaintiff Dean Craft is therefore a citizen of a different state than defendant PIIC.

7. According to the complaint, Mr. Craft claims that PIIC was obligated to defend and indemnify him under a directors and officers liability insurance policy issued by PIIC to Campbell's C-Ment Contracting, Inc. ("CCCI") relative to a lawsuit filed against him by Suburban Acquisition and CCCI. (Jones Aff., Exh. A, ¶¶ 5-13).

121554234 0941836

According to the complaint, Mr. Craft incurred "in excess of $300,000" in the defense and settlement of the underlying litigation. (Jones Aff., Exh. A, ¶ 13). In this action, Mr. Craft seeks to recover his alleged damages and "a multiple of said damages pursuant to C.R.S. § 10-3-1116." (Jones Aff., Exh. A, p. 3). Based on the relief sought, the total amount in controversy exceeds $75,000, exclusive of costs, fees and interest.

8. By filing this Notice of Removal to federal court based upon diversity jurisdiction, PIIC does not admit that the plaintiff has sustained any damages, or that the plaintiff has sustained damages in excess of $75,000. By filing this Notice of Removal, PIIC asserts only that the amount in controversy in this lawsuit, based upon the stated relief sought in the plaintiff's complaint, is in excess of $75,000.

9. This case is a civil action over which the United States District Court for the District of Colorado has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is an action of a civil nature between citizens of different states where the amount in controversy is alleged to exceed $75,000 exclusive of costs, fees, and interest.

10. This action is removable to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441, which provides that any civil action brought in a state court for which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court for the United States for the district and division embracing the place where the action is pending.

11.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days of first receipt by PIIC of the summons and complaint setting forth Mr. Craft's claims for relief. (See Jones Aff., Exh. B).

12.     In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to the plaintiff and will be filed with the Court Administrator for the Broomfield District Court, County of Broomfield, Colorado, following the filing of this notice, together with a Notice of Filing of Notice of Removal.

13.     PIIC has also filed a Civil Cover Sheet and paid the required filing fee.

14.     PIIC has a good and sufficient defense to this action.

**WHEREFORE**, defendant PIIC requests that the above action now pending against it in the Broomfield District Court, State of Colorado, in and for Broomfield County, be removed to the United States District Court for the District of Colorado.

Dated:   February 20, 2013          By:   **HINSHAW & CULBERTSON LLP**

_____
Bethany K. Culp
Suzanne L. Jones
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
O: (612) 333-3434
F: (612) 334-8888
*bculp@hinshawlaw.com*
*sjones@hinshawlaw.com*

ATTORNEYS FOR PHILADELPHIA
INDEMNITY INSURANCE COMPANY

121554234 0941836