IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00448-RPM

DEAN CRAFT,

    Plaintiff,
v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    The defendant Philadelphia Indemnity Insurance Company seeks dismissal of this civil action on the sole basis that Dean Craft failed to provide notice of the underlying claim made against him in a lawsuit filed against him by an amended complaint on October 15, 2010, until March 21, 2012, after litigation and settlement of the claim.  The plaintiff has responded, asserting that the policy coverage was not known to him before March, 2012, and that he should be entitled to show that the insurance company did not suffer any prejudice from the delay in notice.  He relies on *Friedland v. Travelers Indem. Co.,* 105 P.3d 639, 642 (Colo. 2005), to avoid dismissal.  The *Friedland* case is not applicable to the policies in this case which are "claims made" policies whereas the *Friedland* court dealt with an "occurrence" policy.  It is

    ORDERED that the motion to dismiss is granted and this civil action is dismissed with prejudice.

    DATED: April 10th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge